IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS STEVENSON, SR., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 07-1443 |
| | : | |
| JERRY LONG, | : | |
| Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff Thomas Stevenson, Sr., acting pro se, has purported to assert a tort claim against a federal employee who, according to the Attorney General's certification, was acting at all times relevant to the claim in the scope of his employment. The government removed the case from state court, filed a motion to substitute, and has moved to dismiss. Plaintiff was advised by the clerk of the risk of a non-response, but plaintiff has filed no response. Accordingly, the motions to substitute and to dismiss shall be granted. An order follows.

Filed: June 22, 2007                    /s/
                                        ANDRE M. DAVIS
                                        UNITED STATES DISTRICT JUDGE